UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MAHMAT ADOUM ALI, | ) | CASE NO. 3:26-cv-02237-PAG |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | REUBEN J. SHEPERD |
| DIRECTOR OF CLEVELAND | ) | |
| FIELD OFFICE FOR U.S. | ) | <u>ORDER</u> |
| IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT AND REMOVAL | ) | |
| OPERATIONS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner Mahmat Adoum Ali filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. He did not pay the filing fee. He submitted a money order for the filing fee; however, the Clerk's Office returned it to him because it was unsigned. Ali has not corrected this deficiency.

Pursuant to 28 U.S.C. § 1915(b), within thirty days of the date of his Order, Ali must either pay the full fee of $5.00 or complete and submit the accompanying Financial Application along with a certified copy of his prison trust account statement for the six-month period prior to the date he filed the Complaint. **Plaintiff is to submit the entire Application, including a certified copy of his prisoner account statement, at one time**. Failure to comply with this Order may result in dismissal of this action without further notice.

SO ORDERED.

REUBEN J. SHEPERD
UNITED STATES MAGISTRATE JUDGE

DATED: <u>9/29/2026</u>