**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Mahmat Adoum Ali,** | ) | **CASE NO. 3:26 CV 2237** |
| | ) | |
| **Petitioner,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **v.** | ) | |
| | ) | **Order of Dismissal** |
| **Director of Cleveland Field Office for the U.S. Immigrations and Customs Enforcement and Removal Operations, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

*Pro se* Petitioner Mahmat Adoum Ali filed this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. He did not pay the $5.00 filing and did not file an Application to Proceed *In Forma Pauperis*. On September 29, 2026, this Court ordered Petitioner to correct this deficiency within thirty days of the date of the Order by either paying the $5.00 filing fee or filing an Application to Proceed *In Forma Pauperis*. More than thirty days have passed and Petitioner has neither complied with the Order nor sought an extension of time to comply with the Order.

Accordingly, this action is dismissed without prejudice for failure to prosecute. The Court certifies under 28 U.S.C. § 1915(a)(3) that an appeal cannot be taken in good faith.

IT IS SO ORDERED.

PATRICIA A. GAUGHAN
United States District Judge

Date: 11/10/2026